FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 24 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-63-JCM-(CWH) |
| ) | |
| JOSEPH RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT JOSEPH RAMIREZ**

On June 21, 2011, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), forfeiting property of defendant JOSEPH RAMIREZ to the United States of America. Preliminary Order of Forfeiture, ECF No. 70.

On October 1, 2012, this Court entered the Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), forfeiting property of defendant JOSEPH RAMIREZ to the United States of America. Amended Preliminary Order of Forfeiture, ECF No. 140.

On October 16, 2012, this Court entered the Second Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B);

Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), forfeiting property of defendant JOSEPH RAMIREZ to the United States of America. Second Amended Preliminary Order of Forfeiture, ECF No. 147.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Second Amended Preliminary Order of Forfeiture is final as to defendant JOSEPH RAMIREZ.

DATED this 24th day of Oct, 2012.

_____
UNITED STATES DISTRICT JUDGE